# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DIRECTV, INC., a California corporation,**

       Plaintiff,                      Case No. 04-C-0553

    v.

**JOSIE LENTINI and**
**LAURA BEARSKIN,**

       Defendants.

---

## ORDER FOR DISMISSAL

---

**THIS MATTER** comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; **NOW, THEREFORE**,

**IT IS ORDERED** that all claims against defendant Josie Lentini shall be and hereby are permanently dismissed with prejudice and without costs as stipulated by the parties.

Dated at Milwaukee, Wisconsin, this 21st day of December, 2005.

                                           **BY THE COURT:**

                                           s/ Rudolph T. Randa
                                           Hon. Rudolph T. Randa
                                           Chief  Judge