UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DIRECTV, INC., a California corporation,

    Plaintiff,

v.                                          Case No. 04-C-0553

JOSIE LENTINI and
LAURA BEARSKIN,

    Defendants.

## ORDER GRANTING PERMANENT INJUNCTION

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that Defendant Laura Bearskin shall be and hereby is permanently enjoined as stipulated by the parties.

DATED:    March 2, 2006.

                                        BY THE COURT:

                                        s/ Rudolph T. Randa
                                        Rudolph T. Randa, Chief Judge
                                        United States District Court