UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DIRECTV, INC., a California corporation,

        Plaintiff,

   v.                                    Case No. 04-C-0553

JOSIE LENTINI and
LAURA BEARSKIN,

        Defendants.

## ORDER FOR DISMISSAL

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that this action against Defendant Laura Bearskin shall be and hereby is permanently dismissed with prejudice and without costs as stipulated by the parties.

DATED: March 2, 2006.

                                 BY THE COURT:

                                 s/ Rudolph T. Randa
                                 Rudolph T. Randa, Chief Judge
                                 United States District Court